# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARSHALL CLARK,** | ) |
| Petitioner, | ) ) ) |
| v. | ) No. CIV 11-112-FHS-KEW |
| **ANITA TRAMMELL, Warden,** | ) ) ) |
| Respondent. | ) ) |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus for failure to exhaust state court remedies. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 27th day of December, 2011.

Frank H. Seay
United States District Judge